# CASE ANNOUNCEMENTS
*December 21, 2010*

[Cite as *12/21/2010 Case Announcements*, 2010-Ohio-6281.]

# DISCIPLINARY CASES

**2002–1380. Disciplinary Counsel v. Brown.**
This cause came on for further consideration upon the filing of a motion for an order to appear and show cause by relator. On December 12, 2010, respondent filed a motion to strike the motion to appear and show cause. Upon consideration thereof,

It is ordered that respondent's motion to strike is denied.

**2002–1380. Disciplinary Counsel v. Brown.**
This matter came on for further consideration upon the filing of a motion for an order to appear and show cause filed by relator, Disciplinary Counsel, on October 27, 2010, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to abide by the court's May 28, 2003 order. Respondent did not file a response. Accordingly,

It is ordered by the court, sua sponte, that respondent appear in person before this court on January 19, 2011, at 9:00 a.m.

**2008–1573. Disciplinary Counsel v. Brown.**
This matter came on for further consideration upon the filing of a motion for an order to appear and show cause filed by relator, Disciplinary Counsel, on October 27, 2010, requesting the court to issue an order directing respondent to appear and show cause why he should not be found in contempt for his failure to abide by the court's March 19, 2009 order. Respondent filed a response. Accordingly,

It is ordered by the court, sua sponte, that respondent appear in person before this court on January 19, 2011, at 9:00 a.m.